816

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT J. MULLIGAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original record denied on the ground that the papers fail to show merit to the appeal.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD SMITH, Appellant.— Motion to dismiss appeal granted on the ground that the order is not appealable.

## (March 25, 1957)

█ HAROLD B. EHRLICH et al., Respondents-Appellants, v. SOL G. ATLAS, Appellant-Respondent, et al., Defendant. HAROLD B. EHRLICH et al., Respondents-Appellants, v. SOL G. ATLAS, Appellant-Respondent. SOL G. ATLAS, Appellant-Respondent, v. HAROLD B. EHRLICH et al., Respondents-Appellants.— Order insofar as it grants motion for consolidation and for change of venue reversed and motion denied, and in all other respects order affirmed, without costs of these appeals to any party. Memorandum: Special Term has dismissed the complaints in Actions No. 1 and No. 2 with leave to replead. The same order consolidated all three actions and changed the venue in Action No. 3 to Erie County. In the present state of the pleadings, consolidation should not have been granted and at the very best the actions should have been ordered to be tried together. Any relief in this respect, however, must await the service of the amended complaints in Actions No. 1 and No. 2. Whether or not there is a defect in parties plaintiff in Actions No. 1 and No. 2 has not been raised and we are not asked to pass on this question. Until the amended pleadings have been served the question of venue in Action No. 3 cannot be determined. The order should be reversed so far as it relates to consolidation and change of venue, and is, in all other respects affirmed. This order is made without prejudice of any of the parties to renew their motions after the amended complaints have been served and issue has been joined. All concur. (Cross appeals from an order of Erie Special Term granting a motion by plaintiffs-defendants Ehrlich and others to consolidate three actions and fixing the venue in Erie County, and denying a motion by plaintiff Atlas in the third action for a dismissal of the counterclaim; also compelling plaintiffs in Actions Nos. 1 and 2 to separately state and number.) Present— Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS HENRY LEAVITT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur, Bastow, J., not voting. (Appeal from an order of Wyoming County Court dismissing the writ of habeas corpus, and remanding relator to the custody of the warden of Attica State Prison.) Present— McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.